# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| TAMELA WARD HAHN, individually and as surviving spouse and Administratrix of the Estate of Edward Lee Hahn, | * * * * |
| Plaintiff, | * * |
| v. | * Case No.: 2:23-CV-45-TAV-CRW |
| UNITED STATES OF AMERICA, | * * * |
| Defendant. | * |

## MOTION FOR ORDER ALLOWING DEPOSIT FOR MINOR'S SETTLEMENT

Comes the Plaintiff, Tamela Ward Hahn, individually and as surviving spouse and Administratrix of the Estate of Edward Lee Hahn, by and through counsel, and pursuant to Rule 67 of the *Federal Rules of Civil Procedure*, and moves the Court for an Order allowing the deposit of the settlement funds of Catherine Anne Grace Hahn, a minor, into Court. In support of this Motion, Plaintiff states as follows:

1. Plaintiff brought this action for herself as surviving spouse, individually, and for the benefit of Catherine Anne Grace Hahn, a minor and daughter of Plaintiff and her deceased husband, and Mr. Hahn's son, Zachary Nathaniel Hahn.

2. The action arose out of medical negligence and wrongful death occurring at the Mountain Home James H. Quillen VA Medical Center.

3. Mr. Hahn's injuries occurred on August 25, 2021, while he was under the surgical care and management of surgeons from the Department of Veterans Affairs, resulting in his death on September 14, 2021.

4. The parties agreed to mediate this claim on December 28, 2023, at the offices of The Haynes Firm in Johnson City, Tennessee, resulting in an agreed settlement of $500,000.00 for the wrongful death of Edward Lee Hahn.

5. Proceeds of a wrongful death action in Tennessee become personal property and the statutes on distribution of personalty will be followed. *Anderson vs. Anderson*, 211 Tenn. 566, 366 S.W.2d 755 (1963).

6. Distribution of wrongful death proceeds are controlled by the provisions of *T.C.A.* § 31-2-104. A copy of which is attached hereto.

7. The statute provides that the surviving spouse's intestate share is no less than one-third (1/3) with the two children to receive one-third (1/3) each.

8. Since Catherine Anne Grace Hahn is a minor, her share needs to be deposited into a restricted account until she obtains her majority on November 28, 2027.

9. The settlement funds have not yet been received but will be wired to the offices of The Haynes Firm in Johnson City, Tennessee. At such time, Plaintiff requests that the minor's share of the settlement funds of $121,879.57 be deposited with the Court in an interest bearing account or a Court approved interest bearing instrument subject to the Orders of this Court.

WHEREFORE, Plaintiff requests an Order permitting the minor's funds to be deposited with the Court, subject to further Orders of the Court, pursuant to the provisions of Rule 67, *Federal Rules of Civil Procedure*.

Respectfully submitted,

TAMELA WARD HAHN, individually and as surviving spouse and Administratrix of the Estate of EDWARD LEE HAHN

BY: *s/Olen G. Haynes, Sr.*
Olen G. Haynes, Sr., BPR #587
Attorney for Plaintiff
The Haynes Firm
P.O. Box 1879
Johnson City, TN 37605
423-928-0165
ogh@hayneslawyers.com

BY: *s/Thomas S. Scott, Jr.*
Thomas S. Scott, Jr., BPR #1086
Attorney for Plaintiff
Law Offices of Thomas S. Scott, Jr.
606 West Main St., Suite 322
Knoxville, TN 37902
865-525-2150
scott@scottlawknox.com

**CERTIFICATE OF SERVICE**

I hereby certify than on the date set forth below, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system:

Mr. T. Mitchell Panter
Ms. Leah McClanahan
Asst. U.S. Attorneys
800 Market Street, Suite 211
Knoxville, TN 37902
   *Attorneys for Defendants.*

This the 22nd day of January, 2024

*s/Olen G. Haynes, Sr.*
Olen G. Haynes, Sr.