UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TAMELA WARD HAHN, individually and as surviving spouse and Administratrix of the Estate of Edward Lee Hahn,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No.:  2:23-CV-45-TAV-CRW<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is plaintiff's Motion for Order Allowing Deposit for Minor's Settlement [Doc. 14]. Pursuant to Federal Rule of Civil Procedure 67, plaintiff requests an Order allowing the deposit of the settlement funds of Catherine Anne Grace Hahn, a minor, into the Court.

This action involves the wrongful death of Edward Lee Hahn as a result of alleged negligence occurring at the Mountain Home James H. Quillen VA Medical Center. The parties reached a mediated settlement of $500,000.00, which is to be split among the surviving spouse and two children. Catherine Anne Grace Hahn is a minor and therefore her share of $121,879.57 needs to be deposited into a restricted account until she obtains the age of majority on November 28, 2027. Plaintiff requests that these funds be placed in an interest-bearing account, or a Court approved interest-bearing instrument subject to the orders of this Court. The United States of America filed a Notice [Doc. 15] advising the

Court of settlement of this action but taking no position with respect to the relief requested in plaintiff's motion.

Rule 67(a) provides: "If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party—on notice to every other party and by leave of court—may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The depositing party must deliver to the clerk a copy of the order permitting deposit." Fed. R. Civ. P. 67(a). Rule 67(b) states that "[t]he money must be deposited in an interest-bearing account or invested in a court-approved, interest-bearing instrument." Fed. R. Civ. P. 67(b).

For good cause shown, and in light of the lack of opposition, plaintiff's motion [Doc. 14] is hereby **GRANTED**. The Court grants plaintiff leave to deposit with the Clerk of the Court funds in the amount of $121,879.57 for the benefit of Catherine Anne Grace Hahn in an interest-bearing account or instrument approved by the Court.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE